**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

NGOC VAN NGUYEN,

Petitioner,

v.

J. JOHNSON, et al.,

Respondents.

Case No. 5:26-cv-05097-MCS-CTS

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge.

IT THEREFORE IS ORDERED that:

1. The Report and Recommendation is accepted and adopted;
2. Judgment shall be entered GRANTING the unopposed Petition; and
3. Respondents must release **Petitioner Ngoc Van Nguyen (A 022-084-266)** from custody within 24 hours of entry of this Order.

DATED: September 18, 2026

Mark C. Scarsi

HONORABLE MARK C. SCARSI
UNITED STATES DISTRICT JUDGE