**JS-6**

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NGOC VAN NGUYEN,<br>Petitioner,<br>v.<br>J. JOHNSON, et al.,<br>Respondents. | Case No. 5:26-cv-05097-MCS-CTS<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge, IT IS ADJUDGED that the Petition is granted.

DATED: September 18, 2026

Mark C. Scarsi

HON. MARK C. SCARSI
UNITED STATES DISTRICT JUDGE